**Opinion issued August 27, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-19-00606-CV

———————————————

## IN RE DONALD YOUNG AND DORIS YOUNG, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Donald Young and Doris Young, have filed a petition for a writ of mandamus contending that the trial court has abused its discretion in not granting a continuance in the proceeding underlying their petition.[1]

We deny the petition.

---

[1] The underlying case is *Donald Young and Doris Young v. Dwayne R. Day, P.C. and Dwayne R. Day.*, Cause No. CV-0072910, in the County Court at Law No. 3 of Galveston County, Texas, the Honorable Jack Ewing presiding.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.